IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NICK A. GUERRERO,

    Petitioner,

v.                                                      CIV 10-0060 RB/CG

MICHAEL MARTINEZ, Warden, and
GARY K. KING, Attorney General for
the State of New Mexico

    Respondents.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Magistrate Judge filed proposed findings on April 1, 2010, recommending that Nick Guerrerro's § 2254 petition for a writ of habeas corpus be dismissed with prejudice. *See Doc. 10.* The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review. To-date, he has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

    Wherefore,

    **IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 10)* is ADOPTED;

2.     The § 2254 petition is dismissed **with prejudice;** and

3.     A final order enter concurrently herewith.

_____
UNITED STATES DISTRICT JUDGE